"UNDER SEAL"

FILED
IN CHARLOTTE, N.C.
MAR 1 2006
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:06CR 13 |
| | ) | |
| vs. | ) | **ORDER TO** |
| | ) | **SEAL INDICTMENT** |
| SHAFEEQ AMEER MALIK MUHAMMAD | ) | |

UPON motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the Bill of Indictment, the Motion to Seal Indictment and any other related documents be sealed.

THIS the ____ day of February, 2006.

_____
MAGISTRATE JUDGE