UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N. C.
MAR 16 2006
U.S. DISTRICT COURT
W. DIST. OF N. C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:06CR13 |
| | ) | |
| vs. | ) | ORDER TO UNSEAL |
| | ) | |
| SHAFEEQ AMEER MALIK MUHAMMAD, ET. AL. | ) | |

THIS MATTER is before the Court on motion of the Government to unseal the file in the captioned criminal matter.

For good cause shown.

IT IS, THEREFORE, ORDERED that the Government's motion is ALLOWED and the entire file in this criminal action is hereby UNSEALED.

This the 16 day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE