UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:06CR13 |
| | ) | |
| v. | ) | |
| | ) | |
| 1) SHAFEEQ AMEER MALIK MUHAMMAD<br>    A/K/A "Sam Wright"<br>2) CHADMIKO JAVON STALEY<br>    A/K/A "Chad"<br>3) MICHAEL DWAYNE STALEY<br>    A/K/A "Diesel" | ) | |

ORDER DISMISSING FORFEITURE OF 1994 CADILLAC DEVILLE

Upon motion of the United States, the Court herein dismisses with prejudice the forfeiture of the 1994 Cadillac Deville.

Signed: July 31, 2007

Dennis L. Howell
United States Magistrate Judge