# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>1) SHAFEEQ AMEER MALIK MUHAMMAD )<br>  A/K/A "Sam Wright" )<br>2) CHADMIKO JAVON STALEY )<br>  A/K/A "Chad" )<br>3) MICHAEL DWAYNE STALEY )<br>  A/K/A "Diesel" )<br>) | DOCKET NO. 1:06cr13 |

## ORDER DISMISSING FORFEITURE OF REAL PROPERTY

**THIS MATTER** is before the Court on the Government's motion to dismiss the forfeiture of real property described as 192 Wilkins Street, Forest City, North Carolina.

Pursuant to the Settlement Agreement between the United States and Petitioner Uffer Mae Staley filed November 14, 2007, and for the reasons stated in the Government's motion to dismiss,

**IT IS, THEREFORE, ORDERED** that the Government's motion to dismiss is **ALLOWED**, and the Court hereby **DISMISSES WITH PREJUDICE** the Notice of Forfeiture in the Indictment and the forfeiture of the real property

> with an Address of 192 Wilkins Street, Forest City, North Carolina, as More Particularly Described in a North Carolina General Warranty Deed at Book 583, Page 431, in the Land Records of Rutherford County, North Carolina,

subject only to the terms of the Settlement Agreement filed herein.

Signed: November 19, 2007

Lacy H. Thornburg
United States District Judge