UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:06CR13

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING |
| | ) | FORFEITURE OF |
| 1) SHAFEEQ AMEER MALIK MUHAMMAD | ) | |
| | ) | CHECKING ACCOUNT NUMBER |
| A/K/A "Sam Wright" | ) | 126128137, FIRST CHARTER BANK, |
| 2) CHADMIKO JAVON STALEY | ) | FOREST CITY, NORTH CAROLINA |
| A/K/A "Chad" | ) | |
| 3) MICHAEL DWAYNE STALEY | ) | |
| A/K/A "Diesel" | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the Notice of Forfeiture in the indictment of

> **Checking account number 126128137, First Charter Bank, Forest City, North Carolina**

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion to dismiss is **ALLOWED** and the Court hereby **DISMISSES WITH PREJUDICE** the Notice of Forfeiture in the bill of indictment of

> **Checking account number 126128137, First Charter Bank, Forest City, North Carolina**.

2

Signed: November 29, 2007

Lacy H. Thornburg
United States District Judge