# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

**DOCKET NO. 1:06CR13**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | FINAL |
| ) | ORDER OF FORFEITURE |
| 1) SHAFEEQ AMEER MALIK ) | of |
| MUHAMMAD ) | 1997 MERCEDES BENZ E320 |
| A/K/A "Sam Wright" ) | VIN WDBJF55F2VA436264 |
| 2) CHADMIKO JAVON STALEY ) | |
| A/K/A "Chad" ) | |
| 3) MICHAEL DWAYNE STALEY ) | |
| A/K/A "Diesel" ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Government's motion for a final order of forfeiture pursuant to Fed. R. Crim. P. 32.2(c)(2).

All Defendants have pleaded guilty to Count One of the Bill of Indictment and agreed to forfeit their interest in the subject property. In that Count, the defendants were charged with conspiracy to possess with intent to distribute cocaine base, a violation of 21 U.S.C.§ 846.

All necessary personal service has been effected. On January 10, 2007, the United States published in the *Daily Courier*, Forest City, North Carolina, a newspaper of general circulation, notice of this forfeiture and of the intent of the Government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the properties. It appears from the record that no such claims have been filed.

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED** and,

1

pursuant to Fed. R. Crim. P. 32.2(c), a Final Order of Forfeiture is hereby entered.

**IT IS FURTHER ORDERED** that all right, title, and interest in the following property has, therefore, been forfeited to the United States for disposition according to law:

**1997 MERCEDES BENZ E320**
**VIN WDBJF55F2VA436264**

Signed: November 29, 2007

Lacy H. Thornburg
United States District Judge